UNITED STATES OF AMEICA

DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL HUPFER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:21-CV-2332 |
| ) | |
| ) | |
| CAROLINE KAUFMAN ) | |
| ) | |
| and ) | |
| ) | |
| MARY HOGAN ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AND JURY DEMAND

COMES NOW Plaintiff, Michael Hupfer, by and through undersigned counsel, Howard O. Bernstein P.C., and asserts the following complaint for relief:

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 as complete diversity exists and the matter in controversy exceeds $75,000, exclusive of interest and costs.

2. This Court is the proper venue for this action pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred within this judicial circuit.

1

## The Parties

3. Mr. Hupfer resides at 835 South 7th Street, Louisville, CO 80027.

4. Mr. Hupfer is a commercial film producer and music composer and makes his living producing television advertisements and soundtracks for commercial clients.

5. Defendant Caroline Kaufman resides at 3020 Dona Emilia, Studio City, California 91604.

6. Defendant Mary Hogan resides at 4514 Adenmoor Avenue, Lakewood, California 90713.

## Factual Allegations

7. Ms. Kaufman is Mr. Hupfer's first cousin.

8. Ms. Kaufman is the widow of Howard Kaufman of HK Management, who managed artists and music groups such as Jimmy Buffett, Chicago, Aerosmith, Def Leppard and Lenny Kravitz.

9. On March 23, 2021, Ms. Kaufman texted Mr. Hupfer and maliciously accused him of being a pedophile.

10. Ms. Kaufman's accusations against Mr. Hupfer are false and unfounded.

11. Ms. Kaufman has a history of using her late husband's money, power and influence to bully and intimidate other family members.

12. Following her initial accusation, Ms. Kaufman engaged in a pattern of harassment, contacting Mr. Hupfer and people who know him repeatedly, and making slanderous and obscene accusations against him.

13. Specifically, Ms. Kaufman made the following false accusations:

    a. That Mr. Hupfer is a pedophile;

    b. That Ms. Kaufman has surveillance video and audio footage of him performing sexual acts with minors;

    c. That Ms. Kaufman's entire family has seen the alleged videos and heard the audio;

    d. That William Deignan and Jerry Shelsta walked in on Mr. Hupfer having sex with a minor;

    e. That Howard Kaufman, Ms. Kaufman's late husband, kicked Mr. Hupfer out of their house after catching him sleeping with three minors;

    f. That Ms. Kaufman's daughter, witnessed Mr. Hupfer thrown out of their home by her father after Mr. Hupfer was caught sleeping with minors;

    g. That Mr. Hupfer's sister and her husband told Ms. Kaufman "horror stories" of Mr. Hupfer engaging in illicit acts with minors, and that their adult children relayed the same stories to Ms. Kaufman's daughter.

    h. That there are "nasty photos" of Mr. Hupfer with minors.

14. All the accusations in Paragraph 13 above are completely false.

15. Ms. Kaufman knew that the accusations detailed in Paragraph 13 above were false.

16. Ms. Kaufman's accusations were purposefully insulting, taunting, and provoking to Mr. Hupfer and made with the intent to harass him.

17. On March 24, 2021, Ms. Kaufman texted Mr. Hupfer again and threatened him not to get her sister involved or she would contact an alleged FBI Special Agent named Peter Callaghan ("Agent Callaghan") and have Mr. Hupfer arrested.

18. On March 28, 2021, Ms. Kaufman left Mr. Hupfer a threatening voicemail stating Agent Callaghan would be contacting his parents that evening.

19. Later that same day, Ms. Kaufman left a second threatening voicemail for Mr. Hupfer stating that she has nothing to lose and that he cannot do anything to her.

20. Each one of Ms. Kaufman's communications with Mr. Hupfer, beginning with the text on March 23, 2021, has caused him significant emotional distress, which is ongoing.

21. Throughout March 2021, Ms. Kaufman spread the malicious and false accusation that Mr. Hupfer is a pedophile to several other individuals. Ms. Kaufman contacted the following people to spread this malicious accusation:

   a. On March 23, 2021, Ms. Kaufman contacted her sister, Mr. Hupfer's cousin, and accused Mr. Hupfer of illicit acts with minors, stated she had video and audio of the same and that her entire family had seen and heard the video.

   b. On March 28, 2021, Ms. Kaufman emailed Mr. Hupfer's elderly father, Jim Hupfer, and stated Mr. Hupfer was caught sleeping with three minors and kicked out of her home. She further stated her adult daughter witnessed that alleged event.

   c. On March 28, 2021, Ms. Kaufman emailed Jim Hupfer again to state Agent Callaghan would be happy to meet with him.

   d. On March 28, 2021, Ms. Kaufman contacted her brother, who is Mr. Hupfer's cousin, and claimed that Mr. Hupfer's former business partner William Deignan walked in on Mr. Hupfer having sex with a minor. Ms. Kaufman also repeated the allegation that Mr. Hupfer was caught sleeping with three minors and kicked out of her home, and that Ms. Kaufman's adult daughter witnessed that alleged event. Ms. Kaufman also made the false allegation that Mr. Hupfer's sister and her husband told Ms. Kaufman "horror stories" about Mr. Hupfer and minors,

      and that those same stories were relayed by their adult daughter and son to Ms. Kaufman's adult daughter.

    e. On March 28, 2021, Ms. Kaufman told her brother that she had shared the malicious accusations about Mr. Hupfer with Jimmy Buffett.

22. Ms. Kaufman knew that her accusations against Mr. Hupfer were false when she shared them with the individuals above.

23. On March 28, 2021, two individuals, who were upon information and belief acting in coordination with and at the direction of Ms. Kaufman, called Jim Hupfer impersonating federal law enforcement officers. They alleged there were photographs of Mr. Hupfer engaging in illicit acts with minors and stated the FBI will be arresting him within 24 hours.

24. On May 20, 2021, a private investigator hired by Ms. Kaufman, Mary P. Hogan, contacted Jerry Shelsta, Mr. Hupfer's former business partner, attempting to verify whether Mr. Shelsta and another former business partner, William Deignan, had ever walked in on Mr. Hupfer engaging in illicit acts with a minor. Mr. Shelsta informed Ms. Hogan he had not and that he had no knowledge of Mr. Hupfer engaging in any illicit acts with minors.

25. On May 20, 2021, Ms. Hogan, also contacted William Deignan attempting to verify whether Mr. Deignan and Mr. Shelsta ever walked in on Mr. Hupfer engaging in illicit acts with a minor. Mr. Deignan informed Ms. Hogan they had not and that he had no knowledge of Mr. Hupfer engaging in any illicit acts with minors.

26. On May 26, 2021, Ms. Hogan, contacted Colin Eckhoff, the ex-husband of Mr. Hupfer's close friend, and stated that she is investigating Mr. Hupfer for allegedly sleeping with minors.

27. On May 26, 2021, Ms. Hogan, contacted Trevor Barnes, Mr. Hupfer's childhood friend's grown son, and stated that she is investigating Mr. Hupfer for allegedly sleeping with minors.

28. In her communications, Ms. Hogan made the repeated false allegation that Mr. Hupfer had had sex with minors.

29. Each individual contacted by Ms. Hogan told other individuals of the malicious and false allegations that Ms. Kaufman made against Mr. Hupfer. As a result of Ms. Hogan spreading Ms. Kaufman's malicious and false allegations, those allegations have been shared with a wide network of people.

30. Ms. Hogan made statements alleging Mr. Hupfer engaged in illicit activities with minors with reckless disregard for whether or not Ms. Kaufman's accusations were false.

31. At all times, Ms. Kaufman's accusations have been false. Mr. Hupfer has never, and would never, engage in the type of conduct Ms. Kaufman has accused him of.

32. The dissemination of the malicious and false allegations against Mr. Hupfer has caused, and continues to cause, him significant emotional distress and has strained his relationships with friends and family.

33. Mr. Hupfer has also suffered significant professional harm because of the malicious and false allegations against him. Ms. Kaufman has intentionally sought to harm Mr. Hupfer's professional reputation by contacting others within the industry, like Jimmy Buffett and his previous business partners.

34. The reputational harm caused by Ms. Kaufman's accusations is far reaching, impacting all areas of Mr. Hupfer's life.

35. Mr. Hupfer has had significant reduction in his client work because of the allegations against him and their impact on his life, resulting in lost earnings.

36. Because of Ms. Kaufman and Ms. Hogan's dissemination of the malicious and false accusations against Mr. Hupfer, he has experienced depression, stress, and sleep disorder. Mr. Hupfer is seeking treatment for depression, stress, sleep disorder, and other negative health impacts caused by the malicious and false allegations.

37. Ms. Kaufman and Ms. Hogan have knowingly and intentionally spread the malicious and false allegations against Mr. Hupfer knowing they were false and with reckless disregard for the truth.

38. Mr. Hupfer has not been charged with any crime by law enforcement and there are no open investigations against him.

### FIRST CLAIM FOR RELIEF
**(Defamation – Slander Per Se as to Defendant Kaufman)**

39. Mr. Hupfer incorporates herein all facts as fully set forth in paragraphs 1 through 33 above.

40. Ms. Kaufman caused several accusations asserting Mr. Hupfer is a pedophile to be published to multiple third parties and circulated widely through Mr. Hupfer's family, friends, and professional network.

41. Ms. Kaufman's accusations have caused Mr. Hupfer actual damage, including reputational harm, emotional harm, deteriorated health, and damage to his personal and business relationships.

42. The substance of Ms. Kaufman's accusations are false.

43. Ms. Kaufman knew at the time she was making the accusations against Mr. Hupfer that those allegations were false and made the accusations with the intent of causing Mr. Hupfer significant harm.

44. Because of the willful, wanton, malicious and outrageous nature of Ms. Kaufman's accusations and conduct, Mr. Hupfer has been psychologically, economically and reputationally injured in excess of the jurisdictional minimum.

### SECOND CLAIM FOR RELIEF
**(Defamation – Slander Per Se as to Defendant Hogan)**

45. Mr. Hupfer incorporates herein all facts as fully set forth in paragraphs 1 through 43 above.

46. Ms. Hogan caused several accusations asserting Mr. Hupfer is a pedophile to be published to multiple third parties and circulated widely through Mr. Hupfer's family, friends, and professional network.

47. Ms. Hogan repeated false accusations originally made by Ms. Kaufman, causing Mr. Hupfer actual damage, including reputational harm, emotional harm, deteriorated health, and damage to his personal and business relationships.

48. The substance of the accusations Ms. Hogan published is false.

49. Ms. Hogan acted with reckless disregard as to whether the accusations against Mr. Hupfer were false.

50. Because of the willful, wanton, malicious and outrageous nature of the accusations, and the reckless behavior of Ms. Hogan, Mr. Hupfer has been psychologically, economically and reputationally injured in excess of the jurisdictional minimum.

### THIRD CLAIM FOR RELIEF
### (Extreme and Outrageous Conduct – Emotional Distress as to all Defendants)

51.     Mr. Hupfer incorporates herein all facts as fully set forth in paragraphs 1 through 49 above.

52.     Ms. Kaufman and Ms. Hogan, each individually and together, engaged in extreme and outrageous conduct by originating and spreading malicious accusations against Mr. Hupfer of an extreme nature.

53.     Ms. Kaufman and Ms. Hogan, each individually and together, engaged in such conduct recklessly and with the purpose of causing Mr. Hupfer severe emotional distress.

54.     Ms. Kaufman and Ms. Hogan, each individually and together, were aware of the extreme nature of the accusations and the correspondingly severe impact they would have on Mr. Hupfer's personal life and career.

55.     Ms. Kaufman and Ms. Hogan's individual and joint conduct has caused Mr. Hupfer severe emotional distress.

### FOURTH CLAIM FOR RELIEF
### (Harassment as to Defendant Kaufman)

56.     Mr. Hupfer incorporates herein all facts as fully set forth in paragraphs 1 through 54 above.

57.     Ms. Kaufman engaged in a pattern of behavior to harass Mr. Hupfer.

58.     Ms. Kaufman contacted Mr. Hupfer repeatedly over phone and text to accuse him of being a pedophile, threatened to have him arrested, and intimidated him.

59.     Ms. Kaufman also contacted Mr. Hupfer's family and friends over phone and email to spread malicious accusations about Mr. Hupfer, undermining his personal and business relationships.

60. Ms. Kaufman's communications were made in a manner intended to harass Mr. Hupfer and make obscene suggestions about him.

61. Ms. Kaufman's communications were insulting, threatening, and offensively coarse, and made in a manner likely to provoke a disorderly response.

62. Ms. Kaufman's harassing communications have caused Mr. Hupfer severe harm, including reputational harm, emotional harm, deteriorated health, and damage to his personal and business relationships.

**WHEREFORE**, Mr. Hupfer asks the Court for entry of judgment in his favor and against Ms. Kaufman and Ms. Hogan enjoining the defendants from engaging in any further slanderous and defamatory communications. Mr. Hupfer further asks the court for damages to the full extent allowed by law, including actual damages, punitive damages, costs, and attorney fees.

DATED this 27th day of August 2021.

HOWARD O. BERNSTEIN, P.C.

/s/ *Howard O. Bernstein*
Howard O. Bernstein, Atty. No. 24476
Elise M. Aiken, Atty. No. 43831
Howard O. Bernstein, P.C.
1111 Pearl Street, Suite 203
Boulder, Colorado 80302
Tel: (303) 494-3321
Fax: (303) 544-5955
e-mail: howard@bernsteinattorney.com
e-mail: elise@bernsteinattorney.com

ATTORNEYS FOR MICHAEL HUPFER