| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>HOWARD O. BERNSTEIN | SBN: 24476<br>HOWARD O BERNSTEIN, P.C.<br>1111 Pearl St Ste 203   Boulder, CO 803025163<br>TELEPHONE NO.: (303) 494-3321 | FAX NO. | E-MAIL ADDRESS *(Optional)*: TONYA@BERNSTEINATTORNEY.COM<br>ATTORNEY FOR *(Name)*: Plaintiff: MICHAEL HUPFER | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: FOR THE DISTRICT OF COLORADO | |
| PLAINTIFF: MICHAEL HUPFER | CASE NUMBER: |
| DEFENDANT: CAROLINE KAUFMAN AND MARY HOGAN | 21-CV-02332-LTB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>HUPFER |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT**                                                                 ** BY FAX **

PARTY SERVED: **CAROLINE KAUFMAN**

DATE & TIME OF DELIVERY: **9/3/2021**
**7:57 PM**

ADDRESS, CITY, AND STATE: **3020 Dona Emilia Dr**
**Studio City, CA 916044303**

PHYSICAL DESCRIPTION:  **Age: 46 - 50    Weight: 121-140 Lbs    Hair: Brown**
**Sex: Female    Height: 5'1 - 5'6    Eyes: Brown**
**Skin: Caucasian    Marks:**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: **$ 90.00**
County: **LOS ANGELES**
Registration No.: **2013190921**
**Legal Lawgic, Inc.**
**2910 S. Archibald Avenue, Suite A236**
**Ontario, CA 91761**
**(909) 360-8163**
**Ref: HUPFER**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 7, 2021**

Signature: _____
**MARK SHURLOCK**

**PROOF OF SERVICE**                                                              DefaultProof/LL24544