| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> HOWARD O. BERNSTEIN | SBN: 24476 <br> HOWARD O BERNSTEIN, P.C. <br> 1111 Pearl St Ste 203   Boulder, CO 803025163 <br> TELEPHONE NO.: (303) 494-3321 | FAX NO. | E-MAIL ADDRESS *(Optional)*: TONYA@BERNSTEINATTORNEY.COM <br> ATTORNEY FOR *(Name)*:  Plaintiff: MICHAEL HUPFER | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 901 19TH STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: DENVER, CO 80294 |
| BRANCH NAME: FOR THE DISTRICT OF COLORADO |

| PLAINTIFF:  MICHAEL HUPFER | CASE NUMBER: |
|---|---|
| DEFENDANT:  CAROLINE KAUFMAN AND MARY HOGAN | 21-CV-02332-LTB |

| **PROOF OF SERVICE** | Ref. No. or File No.: <br> HUPFER |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT**                                                                 ** BY FAX **

| PARTY SERVED: | **MARY HOGAN** |
|---|---|
| BY LEAVING WITH: | **"JANE DOE"-REFUSED NAME - RESIDENT** |
| DATE & TIME OF DELIVERY: | **9/3/2021** <br> **8:29 PM** |
| ADDRESS, CITY, AND STATE: | **4514 Adenmoor Ave** <br> **Lakewood, CA 907132514** |
| PHYSICAL DESCRIPTION: | **Age: 56 - 60   Weight: 141-160 Lbs   Hair: Brown** <br> **Sex: Female   Height: 5'1 - 5'6   Eyes: Brown** <br> **Skin: Caucasian   Marks:** |

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of "JANE DOE"-REFUSED NAME a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.  I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  September 7, 2021 from Chino Hills.

WITNESS FEES:
**Were offered or demanded and paid:  $ .00.**

Fee for Service: **$  90.00**
   County:  **LOS ANGELES**
   Registration No.:  **2015016035**
   **Legal Lawgic, Inc.**
   **2910 S. Archibald Avenue, Suite A236**
   **Ontario, CA 91761**
   **(909) 360-8163**
   **Ref: HUPFER**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **September 7, 2021**

Signature: _____
                   **KENNETH WRIGHT**

**PROOF OF SERVICE**                                              DefaultProof/LL24543